[No. 12736–5–I.   Division One.   July 1, 1987.]

ROBERT L. MCCORMICK, ET AL, *Respondents,* v.
THE COUNTY OF SNOHOMISH, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 81–2–02482–1, Gerald L. Knight, J., entered February 1, 1983. *Reversed* and *remanded with instructions* by unpublished opinion per Williams, J., concurred in by Swanson, J., Grosse, J., dissenting.

[No. 15813–9–I.   Division One.   July 1, 1987.]

JUDITH R. ADAM, *Appellant,* v. THE ESTATE OF
WALTER SCOTT BROWN, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 81–2–10457–6, Robert W. Winsor, J., entered June 21, 1986. *Affirmed* by unpublished opinion per French, J. Pro Tem., concurred in by Callow and Williams, JJ. Pro Tem.

[No. 8039–7–II.   Division Two.   July 1, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
ERNEST CHAPPELL, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 81–1–00112–6, Robert J. Doran, J., entered August 13, 1984. *Affirmed* by unpublished opinion per Ennis, J. Pro Tem., concurred in by Brachtenbach and Gavin, JJ. Pro Tem.